# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>CRAIG ZAHRADNIK<br><br>*Defendant(s)* | Case No. 3:23-115 MJ<br><br>[UNDER SEAL] |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March of 2023** in the county of **Blair** in the **Western** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Engage in the Business of Dealing and Manufacturing Firearms Without a License |
| 18 U.S.C. § 371 | Conspiracy to Deal and Manufacture Firearms Without a License |

This criminal complaint is based on these facts:

See Attached.

☑ Continued on the attached sheet.

/s/ Michael Namey
*Complainant's signature*

Michael Namey, ATF Special Agent
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 04/26/2023

*Judge's signature*

City and state: Johnstown, Pennsylvania

KEITH A. PESTO, United States Magistrate Judge
*Printed name and title*